CLOSED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:04-cr-00028-JBA-14
# Internal Use Only

Case title: USA v. Megale, et al.

Date Filed: 02/11/2004
Date Terminated: 07/13/2005

---

Assigned to: Judge Janet Bond Arterton

**Defendant**

**Alfred Scivola, Jr.** (14)
*TERMINATED: 07/13/2005*

represented by **John F. Cicilline**
Dante State Bank Bldg.
387 Atwells Avenue
Providence, RI 02909
401-273-5600
Fax: 401-454-5600
Email: jfcicilline387@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (45s) | Committed to custody for a total of 24 months. Upon release from custody shall be on supervised release for a total term of 3 years. Fine of $4,000.00 payable at the rate of $115.00 per month with interest |

waived if timely paid by the 15th of each month. Special Assessment of $100.00. Shall self surrender on 8/2/05.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE - Attempted Hobbs Act Extortion (44) | Dismissed on motion by USA |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Karen L. Peck**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3724
Fax: 203-773-5376
Email: karen.peck@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. O'Connor**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3726
Fax: 203-773-5376
Email:
kevin.oconnor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Gustafson**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Fax: 203-821-5378
Email:
mike.gustafson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond F. Miller**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Email: ray.miller2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2004 | 3 | SEALED SUPERSEDING INDICTMENT returned before Magistrate Judge Joan G. Margolis. Returned before grand jury number N-03-2 as to Anthony Megale (1) count(s) 1s, 2s-40s, 41s-43s, Victor Riccitelli (2) count(s) 1, 41-43, 46, 47, 48, 49, Gerard Grecco (3) count(s) 1, 41-43, Vincent Fiore (4) |

| | | |
|---|---|---|
| | | count(s) 45, Richard Terico (5) count(s) 46, 47, David Bean (6) count(s) 48, 49, Jose Guzman (7) count(s) 48, 49, Hector Fernandez (8) count(s) 48, 49, William Williams Jr. (9) count(s) 43, Ignazio Alogna (10) count(s) 44, Joseph Mascia (11) count(s) 44, John Mascia Jr. (12) count(s) 44, Henry Fellela Jr. (13) count(s) 44, Alfred Scivola Jr. (14) count(s) 44. (S-Ruocco, M.) (Entered: 05/26/2004) |
| 05/17/2004 | | Sealed Document - Filed separately from case file. (S-Ruocco, M.) (Entered: 05/26/2004) |
| 09/15/2004 | 4 | SEALED SECOND SUPERSEDING INDICTMENT returned before Peter C. Dorsey. Warrants to issue, returned before grand jury number N-04-2 as to Anthony Megale (1) count(s) 1ss-2ss, 3ss-41ss, 42ss-44ss, Victor Riccitelli (2) count(s) 1s-2s, 42s-44s, Gerard Grecco (3) count(s) 1s-2s, 42s-44s, Vincent Fiore (4) count(s) 46s, William Williams Jr. (9) count(s) 44s, Ignazio Alogna (10) count(s) 45s, Joseph Mascia (11) count(s) 45s, John Mascia Jr. (12) count(s) 45s, Henry Fellela Jr. (13) count(s) 45s, Alfred Scivola Jr. (14) count(s) 45s, Nicola Melia (15) count(s) 1-2, 44, Athanasios Tsiropoulos (16) count(s) 1-2, 44. (S-Moore, P.) (Entered: 09/22/2004) |
| 09/16/2004 | | Arrest Warrant Issued as to Anthony Megale, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Nicola Melia, Athanasios Tsiropoulos, Victor Riccitelli, Gerard Grecco, Vincent Fiore. (S-Moore, P.) (Entered: 09/22/2004) |
| 09/29/2004 | | ORAL MOTION to Unseal Case by USA as to Anthony Megale, Victor Riccitelli, Gerard Grecco, Vincent Fiore, Richard Terico, David Bean, Jose Guzman, Hector Fernandez, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Nicola Melia, Athanasios Tsiropoulos. (S-Barrille, J.) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2004) |
| 09/29/2004 | | ORAL ENDORSEMENT ORDER granting [] Motion to Unseal Case as to Anthony Megale (1), Victor Riccitelli (2), Gerard Grecco (3), Vincent Fiore (4), Richard Terico (5), David Bean (6), Jose Guzman (7), Hector Fernandez (8), William Williams Jr. (9), Ignazio Alogna (10), Joseph Mascia (11), John Mascia Jr. (12), Henry Fellela Jr. (13), Alfred Scivola Jr. (14), Nicola Melia (15), Athanasios Tsiropoulos (16) (S-Barrille, J.) (Entered: 10/04/2004) |
| 09/29/2004 | | Arrest of Alfred Scivola Jr. (Barrille, J.) (Entered: 10/05/2004) |
| 09/29/2004 | 12 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons :Initial Appearance as to Alfred Scivola Jr. held on 9/29/2004 Detention Hearing set for 10/1/2004 03:30 PM in Courtroom Three - Bridgeport Annex before Judge Holly B. Fitzsimmons. (Court Reporter Fazekas.) (Barrille, J.) (Entered: 10/05/2004) |
| 09/29/2004 | 13 | MOTION for Pretrial Detention by USA as to Alfred Scivola Jr.. (Barrille, J.) (Entered: 10/05/2004) |
| 09/29/2004 | 14 | TEMPORARY ORDER OF DETENTION as to Alfred Scivola Jr.. Signed by Judge Holly B. Fitzsimmons on 9/29/04. Detention Hearing set for 10/1/2004 03:30 PM in Courtroom Three - Bridgeport Annex before Judge Holly B. Fitzsimmons. (Barrille, J.) (Entered: 10/05/2004) |
| 10/05/2004 | 53 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons :Arraignment as to Alfred Scivola Jr. (14) Count 45s held on 10/5/2004, Plea entered by Alfred Scivola Jr. Not Guilty on counts 45s. Defendant's motions due 11/15/04; Government's responses due 11/29/04. Jury Selection set for 12/1/2004 08:30AM before Judge Janet Bond Arterton. (Court Reporter Falcone.) (Barrille, J.) |

| | | |
|---|---|---|
| | | (Entered: 10/14/2004) |
| 10/05/2004 | 54 | ORDER Setting Conditions of Release as to Alfred Scivola Jr. . Signed by Judge Holly B. Fitzsimmons on 10/5/04. (Barrille, J.) (Entered: 10/14/2004) |
| 10/05/2004 | | Attorney update in case as to Alfred Scivola Jr.. Attorney John F. Cicilline for Alfred Scivola added. (Barrille, J.) (Entered: 10/14/2004) |
| 10/05/2004 | 55 | ATTORNEY APPEARANCE: John F. Cicilline appearing for Alfred Scivola Jr. (Barrille, J.) (Entered: 10/14/2004) |
| 10/06/2004 | 64 | Surety Bond Entered as to Alfred Scivola Jr. in amount of $ 200,000.00, in Real Estate (Gutierrez, Y.) (Entered: 10/14/2004) |
| 10/28/2004 | 159 | USM Return of Service on Warrant executed as to Alfred Scivola Jr. on 9/29/04 (Villano, P.) (Entered: 01/04/2005) |
| 12/01/2004 | 138 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Scheduling Conference as to Anthony Megale, Victor Riccitelli, Gerard Grecco, Vincent Fiore, Richard Terico, David Bean, Jose Guzman, Hector Fernandez, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Nicola Melia, Athanasios Tsiropoulos held on 12/1/2004 Pretrial Conference set for 2/9/2005 03:00 PM in Courtroom Two - New Haven before Judge Janet Bond Arterton. (Court Reporter S. Montini.) (Torday, B.) (Entered: 12/01/2004) |
| 12/09/2004 | 148 | MOTION to Dismiss Prior Indictments: the Original Indictment and First Superseding Indictment by USA as to Anthony Megale, Jose Guzman, Hector Fernandez, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Victor Riccitelli, Gerard Grecco, Vincent Fiore, Richard Terico, David Bean, and |

| | | |
|---|---|---|
| | | Second Superseding Indictment as to defendant Henry Fellela, Jr. (Jefferson, V.) (Entered: 12/10/2004) |
| 12/22/2004 | 155 | ORDER granting 148 Motion to Dismiss Prior Indictments as to Anthony Megale (1), Victor Riccitelli (2), Gerard Grecco (3), Vincent Fiore (4), Richard Terico (5), David Bean (6), Jose Guzman (7), Hector Fernandez (8), William Williams Jr. (9), Ignazio Alogna (10), Joseph Mascia (11), John Mascia Jr. (12), Henry Fellela Jr. (13), Alfred Scivola Jr. (14). Signed by Judge Janet Bond Arterton on 12/22/04. (Ruocco, M.) (Entered: 12/28/2004) |
| 12/22/2004 | | DISMISSAL OF COUNTS as to Anthony Megale, Jose Guzman, Hector Fernandez, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Victor Riccitelli, Gerard Grecco, Vincent Fiore, Richard Terico, David Bean. Counts dismissed: Original Indictment as to Anthony Megale, 1st Superseding Indictment as to Megale, Riccitelli, Grecco, Fiore, Terico, Bean, Guzman, Fernandez, Williams, Alogna, Mascia, Mascia, Felella, Scivola, 2nd Superseding Indictment as to Henry Fellela (Ruocco, M.) (Entered: 12/28/2004) |
| 12/30/2004 | 156 | NOTICE of Filing of Waiver by Alfred Scivola Jr. (Ruocco, M.) (Entered: 01/03/2005) |
| 12/30/2004 | 157 | WAIVER of Speedy Trial by Alfred Scivola Jr. (Ruocco, M.) (Entered: 01/03/2005) |
| 01/10/2005 | 163 | ORDER TO CONTINUE - Ends of Justice as to Alfred Scivola Jr. re 157 Waiver of Speedy Trial Time excluded from 12/1/04 until 5/4/05 . Signed by Judge Janet Bond Arterton on 1/10/05. (Villano, P.) (Entered: 01/11/2005) |
| 01/14/2005 | 165 | SCHEDULING ORDER as to Anthony Megale, Victor Riccitelli, Gerard Grecco, Vincent Fiore, Richard Terico, David Bean, Jose Guzman, Hector |

| | | |
|---|---|---|
| | | Fernandez, William Williams Jr., Ignazio Alogna, Joseph Mascia, John Mascia Jr., Henry Fellela Jr., Alfred Scivola Jr., Nicola Melia, Athanasios Tsiropoulos: Government shall produce all discovery by 12/17/04; Substantive Motions due 1/31/05 Government Response due 2/21/05 Defendant Replies due 3/3/05;Status conference 2/9/05 at 3:00 pm Jury Trial set for 5/31/2005 08:30 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Selection set for 5/4/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.. Signed by Judge Janet Bond Arterton on 1/14/05. (Torday, B.) (Entered: 01/14/2005) |
| 01/24/2005 | 168 | ATTORNEY APPEARANCE Raymond F. Miller appearing for USA (Moore, P.) (Entered: 01/24/2005) |
| 02/11/2005 | 189 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Status Conference as to Anthony Megale, Victor Riccitelli, Gerard Grecco, Vincent Fiore, William Williams, Jr, Ignazio Alogna, Joseph Mascia, John Mascia, Jr, Alfred Scivola, Jr, Nicola Melia, Athanasios Tsiropoulos held on 2/11/2005 Jury Selection set for 5/4/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Trial set for 5/31/2005 08:30 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Status Conference set for 4/4/2005 02:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Court Reporter S. Montini.) (Torday, B.) (Entered: 02/11/2005) |
| 02/15/2005 | | Special Assessment Payment by Alfred Scivola, Jr in the amount of $100.00. Receipt #N014697. Full payment. (Carfora, C.) (Entered: 02/16/2005) |
| 02/15/2005 | 192 | PLEA AGREEMENT as to Alfred Scivola, Jr (Villano, P.) (Entered: 02/18/2005) |

| | | |
|---|---|---|
| 02/15/2005 | 193 | Petition to Enter Plea of Guilty as to Alfred Scivola, Jr ( Signed by Judge Janet Bond Arterton ) (Villano, P.) (Entered: 02/18/2005) |
| 02/15/2005 | 194 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Change of Plea Hearing as to Alfred Scivola, Jr held on 2/15/2005, Plea entered by Alfred Scivola Jr. (14) Guilty Count 45s. Bond Continued. Sentencing set for 5/6/2005 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Court Reporter Montini.) (Villano, P.) (Entered: 02/18/2005) |
| 04/26/2005 | 219 | SENTENCING SCHEDULING ORDER as to Alfred Scivola, Jr Memo in aid of sentencing due 5/4/05 Government Response due 5/11/05 Sentencing set for 5/20/2005 03:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.. Signed by Judge Janet Bond Arterton on 4/25/05. (Torday, B.) (Entered: 04/26/2005) |
| 05/12/2005 | 221 | SENTENCING MEMORANDUM by USA as to Alfred Scivola, Jr (Jefferson, V.) (Entered: 05/12/2005) |
| 05/20/2005 | 222 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Sentencing as to Alfred Scivola, Jr on 5/20/2005, continued until 6/10/05 @ 10:00. (Court Reporter Montini.) (Jefferson, V.) (Entered: 05/25/2005) |
| 05/20/2005 | | Reset Deadlines/Hearings as to Alfred Scivola, Jr: Sentencing set for 6/10/2005 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Jefferson, V.) (Entered: 05/25/2005) |
| 05/31/2005 | 226 | MOTION to Modify Conditions of Bond by Alfred Scivola, Jr. (Torday, B.) (Entered: 06/10/2005) |
| 06/10/2005 | 227 | ORDER as to Alfred Scivola, Jr Sentencing set for 7/12/2005 10:00 AM in Courtroom Two, 141 Church |

| | | |
|---|---|---|
| | | St., New Haven, CT before Judge Janet Bond Arterton. Financial information due 6/24/05 to USPO, parties shall file report with USPO by 7/6/05. Signed by Judge Janet Bond Arterton on 6/10/05. (Torday, B.) (Entered: 06/10/2005) |
| 06/10/2005 | 228 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Sentencing as to Alfred Scivola, Jr held on 6/10/2005, continued to 7/12/05 at 10:00 a.m., Court granted #226 motion to modify bond (Court Reporter S. Montini.) (Torday, B.) (Entered: 06/10/2005) |
| 06/10/2005 | 229 | MOTION for Acceptance of Responsibility by USA as to Alfred Scivola, Jr. (Jefferson, V.) (Entered: 06/14/2005) |
| 06/10/2005 | 232 | ORDER as to Alfred Scivola, Jr. Notice of lis pendens on property located at 295 Atwells Ave in Providence, RI is ordered discharged. Signed by Judge Janet Bond Arterton on 6/10/05. (Jefferson, V.) (Entered: 06/21/2005) |
| 07/06/2005 | 233 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to Alfred Scivola, Jr (Jefferson, V.) (Entered: 07/07/2005) |
| 07/12/2005 | 236 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Sentencing as to Alfred Scivola, Jr held on 7/12/2005, 24 mo, with 3 yrs for supervised release, $4,000.00 fine (Court Reporter S. Montini.) (Torday, B.) (Entered: 07/12/2005) |
| 07/13/2005 | 239 | ORDER granting 229 Motion for Acceptance of Responsibility as to Alfred Scivola Jr. (14). Signed by Judge Janet Bond Arterton on 7/13/05. (Torday, B.) (Entered: 07/14/2005) |
| 07/13/2005 | 241 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Alfred Scivola, Jr (Jefferson, V.) (Entered: 07/14/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 243 | JUDGMENT as to Alfred Scivola, Jr. (14), Count 44, Dismissed on motion by USA; Count 45s, Committed to custody for a total of 24 months. Upon release from custody shall be on supervised release for a total term of 3 years. Fine of $4,000.00 payable at the rate of $115.00 per month with interest waived if timely paid by the 15th of each month. Special Assessment of $100.00. Shall self surrender on 8/2/05. . Signed by Judge Janet Bond Arterton on 7/13/05. (Jefferson, V.) (Entered: 07/15/2005) |
| 07/27/2005 | | Pre Sentence Investigation Report Returned to USPO as to Alfred Scivola, Jr (Jefferson, V.) (Entered: 07/27/2005) |
| 07/28/2005 | 255 | Acknowledgement of Receipt re Alfred Scivola, Jr re PSI Returned to USPO (Jefferson, V.) (Entered: 07/28/2005) |
| 12/12/2005 | | Special Assessment Payment by Alfred Scivola, Jr in the amount of $25.00. Receipt #444-06-031 BOP FCI Fort Deven. Partial payment. Balance $75.00. (Carfora, C.) (Entered: 01/24/2006) |
| 03/14/2006 | | Special Assessment Payment by Alfred Scivola, Jr in the amount of $25.00. Receipt #444-06-061 BOP FCI Fort Deven. Partial payment. Balance $50.00. (Carfora, C.) (Entered: 04/19/2006) |
| 06/09/2006 | | Special Assessment Payment by Alfred Scivola, Jr in the amount of $25.00. Receipt #444-06-091 BOP FCI Fort Deven. Partial payment. Balance $25.00. (Carfora, C.) (Entered: 08/07/2006) |
| 09/11/2006 | | Special Assessment Payment by Alfred Scivola, Jr in the amount of $25.00. Receipt #444-06-121 BOP FCI Fort Deven. Balance paid in full. (Carfora, C.) (Entered: 10/25/2006) |
| 06/05/2007 | 429 | Probation Jurisdiction Transferred to Rhode Island as to Alfred Scivola, Jr Transmitted Transfer of |

| | | |
|---|---|---|
| | | Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Jefferson, V.) (Entered: 06/05/2007) |

I Hereby certify that the foregoing is a true copy of the original document on file. Date: 6/5/07
KEVIN F. ROWE
Clerk
By [signature]
Deputy Clerk